No. 04–1367. CINTRON PARRILLA ET VIR v. ELI LILLY INDUSTRIES, INC., ET AL., *ante*, p. 1123. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

## AUGUST 23, 2005

No. 04–10166 (05A170). SHIELDS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. 

## AUGUST 26, 2005

No. 05–5572 (05A169). JACKSON v. TRUE, WARDEN. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.